# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MONICA PAOLA SERENO GOMEZ,<br><br>　　　　　　Defendant. | Case No. 23-CR-2066-JO<br><br>**JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE**<br><br>The Honorable Barbara Lynn Major |

　　　The United States of America's Motion to Dismiss the Indictment Without Prejudice (ECF No. 21) is GRANTED. The Court dismisses the Indictment (ECF No. 16) without prejudice.

DATED: 12/21/2023

HON. BARBARA LYNN MAJOR
United States Magistrate Judge